UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HARRISON , <br><br>    Plaintiff, <br><br>    v. <br><br> FLORES, et al., <br><br>    Defendants. | No.  2:16-cv-1130 MCE CKD P <br><br><br> ORDER |

On April 3, 2017, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's March 22, 2017 order.  ECF No. 15.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 15) is denied.

IT IS SO ORDERED.

Dated:  April 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE