# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HARRISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RODRIGUEZ,<br><br>　　　　　Defendant. | **Case No.: 1:18-cv-00525-DAD-JLT (PC)**<br><br>**AMENDED ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**DATE: July 10, 2019**<br>**TIME: 1:30 p.m.** |

　　　This case is set for a settlement conference at the on July 10, 2019, at 1:30 p.m. Per the parties' request, Plaintiff will appear by video conference from his present place of confinement. The Court will issue a writ separately for Plaintiff to appear by video conference instead of in person. All requirements of the prior order setting this settlement conference remain in full force and effect.

IT IS SO ORDERED.

　Dated:　**May 3, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE